**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § | **1:11cr31 LG-RHW-01** |
| **DANIEL SCOTT KEEL** | § § | |

### ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

THIS DAY this cause came on to be heard upon the Proposed Findings of Fact and Recommendations of the United States Magistrate Judge after administration of a guilty plea pursuant to FED. R. CRIM. P. 11 in the above styled and numbered cause, and the Court having determined that there were no written objections as provided by 28 U.S.C. § 636(b)(1)(C), finds that said Proposed Findings of Fact and Recommendations should be accepted in whole.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Proposed Findings Of Fact and Recommendations on Felony Guilty Plea Before The United States Magistrate Judge, filed 4/4/2011, should be and are hereby **ACCEPTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the plea agreement in this case should be and is hereby **ACCEPTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant, Daniel Scott Keel, is fully competent and capable of entering an informed plea; that the Defendant is aware of the nature of the charges and the consequences of the plea; and that the plea is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements.   Defendant is therefore adjudged guilty of that offense.

**SO ORDERED AND ADJUDGED,** this the 25th day of July, 2011.

*Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF UNITED STATES DISTRICT JUDGE